

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,647-02

### EX PARTE NASARIO VASQUEZ, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1464140-B IN THE 208TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 208TH District Court of Harris County, and that the habeas application was forwarded to this Court without Relator ever receiving a copy of any filed answers, motions, and findings of fact and conclusions of law.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response as to whether copies of all pleadings, affidavits, and orders filed relating to Relator's habeas applications were mailed or delivered to Relator, and if not, why not.

If such documents have not been mailed or delivered to Relator, the clerk shall forward any documents described in Rule 73.4(b)(2) of the Texas Rules of Appellate Procedure to Relator immediately.  If such documents have been mailed or delivered to Relator, the clerk shall submit proof of the date upon which such documents were mailed or delivered.  This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: March 11, 2020
Do not publish